IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-74 |
| JONATHAN JOHNSON, | ) |
| Defendant. | ) |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Jonathan Johnson, except for the limited purpose of permitting the U.S. Marshals Service to enter into NCIC the arrest warrant.

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: June 27, 2006

AND NOW, to wit, this 27th day of June, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Jonathan Johnson, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant on NCIC.

*Gregory M. Sleet*
Honorable ~~Mary Pat Thynge~~ Gregory M. Sleet
United States ~~Magistrate Judge~~ District Judge