IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | REDACTED |
| v.  ) | Criminal Action No. 06-74 |
| JONATHAN JOHNSON, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 8, 2006, in the State and District of Delaware, Jonathan Johnson, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Walther model 9 .25 caliber pistol, with the serial number 435282, after having been convicted on or about July 16, 2003 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Walther model 9 .25 caliber pistol, with the serial number 435282 and (2) four rounds of .25 caliber ammunition.



FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher A. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: June 27, 2006