IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74 |
| JONATHAN JOHNSON, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Jonathan Johnson, pursuant to an Indictment returned against him by the Federal Grand Jury on June 27, 2006.

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: June 27, 2006



FILED
JUN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AND NOW**, this 27th day of June, 2006, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jonathan Johnson.

_____
~~Honorable Mary Pat Thynge~~ Gregory M. Sleet
~~United States Magistrate Judge~~ District Judge