IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-74 |
| ) | |
| JONATHAN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed There is no further need to maintain the file under seal, as the defendant has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: July 14, 2006

\* \* \*

**AND NOW**, this ___14th___ day of July, 2006, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED**.

*Sue L. Robinson*
Honorable Sue. L. Robinson
United States District Court Judge



FILED
JUN 1 4 2006
DISTRICT COURT