FILED IN OPEN COURT
7/14/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-74 |
| ) | |
| JONATHAN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_ Maximum sentence life imprisonment or death

   \_\_\_ 10+ year drug offense

   \_\_\_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

   \_\_\_ Safety of any other person and the community



FILED
JUN 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

    \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __14th__ day of __July__, 2006.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

BY: _____
                        Christopher J. Burke
                        Assistant United States Attorney