AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JONATHAN JOHNSON | **WARRANT FOR ARREST**<br><br>Case Number: 06-74-UNA |

To: The United States Marshal
and any Authorized United States Officer

 SEALED  Unsealed 7/14/06

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN JOHNSON _____
                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | BY: [signature]        ; DEPUTY CLERK<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | JUNE 28, 2006 WILMINGTON, DE<br>Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>7-14-06 | NAME AND TITLE OF ARRESTING OFFICER<br>Jason Kusheba, SA ATF | SIGNATURE OF ARRESTING OFFICER<br>Jason Kush[signature] |
|---|---|---|
| DATE OF ARREST<br>7-14-06 | | |