UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jonathan Johnson Defendant. | ))))) CASE NO. CR 06-74 (UNA))))))) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on July 19, 2006, requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until August 16, 2006. The time between the date of this order and August 16, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
**Honorable Sue L. Robinson**
**United States District Judge**

cc: Defense Counsel
United States Attorney