**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **FILED UNDER SEAL** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Cr. A. No. 06-74-~~SLR~~** JJF |
| | : | |
| **JONATHAN JOHNSON,** | : | |
| | : | |
| **Defendant.** | : | |

**SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Christopher J. Burke

and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record

for the government in the above-captioned case.  Please be advised that Christopher J. Burke no

longer has responsibility for this case and all notices of action taken in connection with this matter

should be directed to Assistant United States Attorney Ilana H. Eistenstein.


Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/Ilana H. Eisenstein
       Ilana H. Eisenstein
       Assistant United States Attorney

Dated: August 24, 2006



F I L E D

AUG 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE