IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on August 16, 2006, and on that date the defendant filed a motion for release of Brady materials. No other motions are currently pending before this Court.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:   /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: October 6, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between October 6, 2006, and _____, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).


                                                   Honorable Joseph J. Farnan, Jr.
                                                   United States District Court Judge

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on October 6, 2006, I electronically filed:

**MOTION FOR SCHEDULING CONFERENCE**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Raymond M. Radulski, Esquire
1225 N. King Street
Legal Arts Building, Suite 301
Wilmington, DE 19801

                                                                             /s/Jennifer Brown
                                                                             Jennifer Brown