IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-74 JJF |
| JONATHAN JOHNSON, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on November 9, 2006, the Court held a Scheduling Conference in the above-captioned matter;

WHEREAS, counsel for Defendant advised the Court that Defendant intended to file a Motion To Suppress;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendant shall file any Motion to Suppress by **November 22, 2006**.

2) The Government shall file its Answering Brief by **December 8, 2006**.

3) A hearing on Defendant's Motion will be held on **Monday, December 18, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

4) The time between the date of this Order and December 18, 2006, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

November 14, 2006
DATE

UNITED STATES DISTRICT JUDGE