IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 06-74-JJF |
| JONATHAN S. JOHNSON, | : |
| Defendant. | : |

**MOTION TO SUPPRESS EVIDENCE**

COMES NOW the Defendant, JONATHAN S. JOHNSON, by and through counsel, and respectfully requests that this Honorable Court, pursuant to Federal Rules of Criminal Procedure 12(b)(3) and 41(f), suppress all evidence taken from the person of the Defendant, and/or his premises, by police or Government agents, and all oral or written statements made by the Defendant; said seizure of evidence and the obtaining of oral and written statements from the Defendant being unreasonable, illegal, void and without probable cause.  In support of such motion Defendant assert the following:

1. On March 8, 2006 at approximately 2015 Wilmington Police received an anonymous citizen's telephone complaint requesting that police respond to 855 Church Street in reference to unspecified activity by several individuals on the rear area of that property. The caller stated that someone at 855 Church Street dealt drugs, and that such person was "doing something" unspecified with others on the rear of the property.  No description of the individuals who the caller was complaining about was provided.

2. In response to the complaint, police responded to 855 North Church Street. According to the arrest warrant affidavit, the officers entered the gated alleyway adjacent to 855 North Church Street and smelled burning marijuana. Noting that the area was not well lit, they encountered the defendant to the rear of the property, where he resides. Although the officers did not observe the defendant doing anything illegal, they ordered him to show his hands and when he allegedly placed his right hand in his right jacket pocket, the officers drew their weapons, ordered the defendant to place his hands on the fence enclosing the property, and frisked the defendant, confiscating a handgun. A subsequent further search of defendant's person revealed a burnt but unlit cigar "blunt" containing marijuana. Defendant subsequently was charged with being a felon in possession of the weapon seized.

3. The aforesaid search and seizure was illegal in that it was conducted without a warrant, and in that the arresting officers lacked a reasonable articulable suspicion that the defendant had committed a crime. Consequently, any evidence obtained must be suppressed as "fruit of the poisonous tree." United States v Brown, 448 F.3d 239 (3d Cir., 2006)

4. The aforesaid search and seizure was illegal in that it occurred on enclosed private property without a warrant and without probable cause or other circumstances justifying a warrantless search, in violation of defendant rights as secured under the Fourth Amendment to the United States Constitution.

WHEREFORE, the defendant, JONATHAN S. JOHNSON, moves to suppress all evidence seized from the defendant and his premises, and all oral and written statements made by the defendant.

/s/ Raymond M. Radulski
Raymond M. Radulski, Esquire
Delaware Bar No. 332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
Attorney for Defendant,
JONATHAN S. JOHNSON

Dated: November 22, 2006

```
               IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff,                 :
                                   :
        v.                         :Cr. Action No. 06-74-JJF
                                   :
JONATHAN S. JOHNSON,               :
                                   :
        Defendant.                 :
```

## ORDER

The Defendant, JONATHAN S. JOHNSON'S Motion To Suppress Evidence having been heard and considered,

ORDERED this _____ day of _____, 2006, A.D., that all items of evidence seized from the Defendant or his personal or business premises and all oral and written statements made by Defendant are suppressed.

_____
                            J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 06-74-(JJF) |
| JONATHAN S. JOHNSON, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant JONATHAN S. JOHNSON's Motion To Suppress with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Ilana Eisenstein, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/S/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
JONATHAN S. JOHNSON

Dated: November 22, 2006