IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED CERTIFICATE OF SERVICE TO
GOVERNMENT RESPONSE TO DEFENDANT'S
<u>MOTION TO SUPPRESS EVIDENCE</u>**

I, Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby certify that on the 8th day of December, 2006, I caused to be electronically filed a **Government Response to Defendant's Pre-trial Motion to Suppress Evidence** with the Clerk of the Court using CM/ECF which will send notification of such filing to:

> Raymond M. Radulski, Esq.
> Legal Arts Bldg. Suite 301
> 1225 N. King Street
> Wilmington, DE 19801

Ilana H. Eisenstein
Assistant United States Attorney