AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

JONATHAN S. JOHNSON

## EXHIBIT AND WITNESS LIST

Case Number: 06-CR-74 (JJF)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JUDGE FARNAN | ILANA EISENSTEIN | RAYMOND RADULSKI |
| ~~TRIAL DATE(S)~~ HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| DEC. 18, 2006 | HEATHER TRUZZI (HAWKINS) | LAURA FELLOW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/18/06 | " | " | PHOTOGRAPH OF ALLEY ENTRANCE + 855 N. CHURCH ST. |
| 2 | | 12/18/06 | " | " | PHOTOGRAPH OF ALLEY INTERIOR |
| 3 | | 12/18/06 | " | " | AREA MAP WITH ALLEY + 855 N. CHURCH ST. IDENTIFIED |
| 4 | | 12/18/06 | " | " | CD RECORDING OF 911 CALL AND DISPATCH |
| 5 | | 12/18/06 | " | " | TRANSCRIPT OF POLICE DISPATCH |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages