LAW OFFICES
# RAYMOND M. RADULSKI
LEGAL ARTS BUILDING - SUITE 301

1225 N. KING STREET

WILMINGTON, DELAWARE 19801

rradulskiesq@aol.com

TELEPHONE
(302) 658-9388

FAX
(302) 658-5378

January 9, 2007

**HAND-DELIVERY**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

    RE:    **USA v. Jonathan S. Johnson**
              **Cr. Action No. 06-74-JJF**

Dear Judge Farnan:

    During the suppression hearing in the above matter, the Court had questions regarding the type and height of the fence running behind and parallel with the properties in the 800 block of Bennett Street. Officer Ledesma testified that the wooden stockade fence ran the length of the entire block, whereas Mr. Johnson testified that the taller wooden fence transitioned into a chest-high chain-link which he looked out over prior to being arrested by the police. In view of this conflict in testimony, the Court gave the parties leave to supplement the record on this point.

    Enclosed for the Court's consideration are 14 photographs taken after the suppression hearing which the defense asks be made part of the record. Photographs #'s 1-8 depict the view south from 9th Street progressing southbound down the alley. As the Court will note, the taller wooden stockade fence on the right transitions into a chest-high chain-link fence which appears to extend for the balance of the block. Photographs #'s 9-14 depict the view west from Church Street behind the alley. As the Court will note, the taller wooden stockade fence transitions into a chest-high link fence at the point where it appears that a newer section of the wooden fence had been installed.

    I hope these photographs are responsive to the Court's questions.

The Honorable Joseph J. Farnan, Jr.
January 9, 2007
Page 2

                                        Very truly yours,

                                        Raymond M. Radulski

RMR:sr

Attachments

cc:    Clerk, U.S. District Court, w/attachments
        AUSA Ilana Eisenstein, w/attachments
        Jonathan S. Johnson, w/attachments

# 1



# 2



# 3



# 4



# 5



# 6



#7



#8



#9



#10



# 11



# 12



#13



#14



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. Action No. 06-74-(UNA) |
| JONATHAN JOHNSON, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I hand-delivered to the Government and electronically filed Defense Counsel's letter of June 9, 2007 to the Court with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Ilana Eisenstein, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/S/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
JONATHAN S. JOHNSON

Dated: January 9, 2007