

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 Orange Street, Suite 700*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

January 18, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

**Re: United States v. Jonathan S. Johnson**
**<u>Criminal Action No. 06-74-JJF</u>**

Dear Judge Farnan:

The Government submits this letter and corresponding attachments in response to Jonathan Johnson's letter, dated January 9, 2007. The Government has enclosed two photographs of the alley running directly behind the 800 block of Bennett Street in the City of Wilmington, DE.

At the suppression hearing, Officer Ledesma testified that he believed the wooden stockade fence ran the length of the block. The Government does not dispute the defendant's assertion that the stockade fence in fact transitions into a chest-high chain-link fence six or seven houses into the alleyway.

The first photograph, Attachment "A," was taken from a vantage point ten to fifteen feet inside the alleyway — at the approximate spot where Officer Ledesma testified the defendant was arrested. As is evident from Attachment "A," the change in fencing is not visible from this point in the alleyway. The second photograph, Attachment "B," was taken from a vantage point deeper in the alley, approximately four house-lengths into the alley. It is from this spot in the alleyway that the change in fencing first become visible.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Enclosure

cc: Raymond Radulski, Esq.
Clerk, U.S. District Court


Exhibit A



Exhibit B