IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action 06-74-JJF |
| JONATHAN S. JOHNSON, | : |
| Defendant. | : |

### ORDER

At Wilmington this 29 day of March 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant Jonathan S. Johnson's Motion To Suppress Evidence (D.I. 20) is **GRANTED** to the extent that Defendant requests suppression of his statements to the police, and **DENIED** to the extent that Defendant challenges the evidence obtained from the investigative stop and search incident to his arrest.

FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
UNITED STATES DISTRICT JUDGE