IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SCHEDULING CONFERENCE**

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. This Court issued an Order granting in part and denying in part the defendant's Motion to Suppress on March 29, 2007. No other motions are currently pending before this Court.

The United States further requests that the Court order that any time from the date of filing of this Motion, until the date of the scheduling hearing, be excluded under the Speedy Trial Act 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: April 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-74-JJF |
| | ) | |
| JONATHAN S. JOHNSON | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between April 19, 2007, and

_____, shall be excludable under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8).


_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE