IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-74 JJF |
| JONATHAN JOHNSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Hearing was held on September 11, 2007 and the Court continued Defendant's Sentencing;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, October 31, 2007, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

_September 26, 2007_  
DATE

Joseph J. Farnan Jr.  
UNITED STATES DISTRICT JUDGE