IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr.Action No. 06-74-JJF |
| JONATHAN JOHNSON, | : |
| Defendant. | : |

## NOTICE OF APPEAL

TO: Clerk of the Court
    United States District Court
    District of Delaware
    844 N. King Street, Fourth Floor
    Wilmington, DE  19801

PLEASE TAKE NOTICE that JONATHAN JOHNSON, Defendant Below-Appellant, does hereby appeal to the United States Court of Appeals, For The Third Circuit, from the validity of the sentence imposed by the District Court on October 31, 2007.  Sentencing was entered on or about December 4, 2007, by the Honorable Joseph J. Farnan.

    /s/ Raymond M. Radulski
    RAYMOND M. RADULSKI, ESQUIRE
    ID #332
    Legal Arts Bldg., Suite 301
    1225 N. King Street
    Wilmington, DE  19801
    (302) 658-9388
    Attorney for Defendant
        JONATHAN JOHNSON

Dated: December 6, 2007

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
        Plaintiff,             :
                               :
        v.                     : Cr.Action No. 06-74-JJF
                               :
JONATHAN JOHNSON,              :
                               :
        Defendant.             :
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I electronically filed Defendant Jonathan Johnson's Notice of Appeal with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Robert Kravitz, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

/s/ Raymond M. Radulski
RAYMOND M. RADULSKI, ESQUIRE
ID #332
Legal Arts Building, Suite 301
1225 North King Street
Wilmington, DE 19801
(302) 658-9388
rradulskiesq@aol.com
Attorney for Defendant
Jonathan Johnson

Dated: December 6, 2007