06 CR 74 JJF

Dear, Honorable Judge, Joseph J. Farnan, Jr.

Hi, how are you doing? Well as for me I'm doing the best that I can I guess. Right now Your Honor, I've been inside of the SHU A.K.A the hole, because someone on the compound had assaulted me inside of my cell, because someone had took my opening briefs for my appeal and the saw and read the part, when I told, that Marquis Mason had shot at me. Someone called me a snitch. I was afraid to fight back because I didn't want to kill a man I guess and I don't want to mess up any chances that I might have in my appeal. I am happy with the way that some of U.S.P Canaan's staff handle the ordil. The problem was solved and hopefully, I'll be able to go back onto the compound real soon. I'm kind of glad that they sent me here in the SHU even though I did nothing wrong, because for one it showed that the staff cared about my life and it also is giving me a chance to see that how important it is for me to come home and be the best father that I can be and it also really gave me a preview of all I don't want to come to, and that's here in jail period. Your Honor, I'm hoping and praying that you give me another chance and if my appeal is accept, that you can believe in me enuff to stay on a straight path and that I will stay out of trouble. Please Your Honor this is not a place I need or want to be.

P.S Thank you for your time and
I promise I will not let you down.

Date: April 23, 2008

Sincerely,
[signature]


RECEIVED APR 2 8 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE