CR06-74 JJF

Aug. 4, 2008

To: Office of the Clerk

    I Jonathan Johnson, would like a copy of my docket sheet, regarding my case.

        Case Number: <u>CR 06·74</u>
            USA V. Jonathan Johnson

        Very truly yours,
        *Jonathan Johnson*
        Jonathan S. Johnson

Address to: Jonathan S. Johnson Reg.#05126-015
      U.S.P Canaan
      P.O. Box 300
      Waymart, PA 18472



FILED
AUG 08 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Jonathan Johnson Reg. #05126-015
USP Canaan
P.O. Box 300
Waymart, PA 18472

SCRANTON PA 185
05 AUG 2008 PM 1 T

To Office of the Clerk
J Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

This correspondence is from an inmate currently in the custody of the Federal Bureau of Prisons